# United States Court of Appeals
## For the First Circuit

---

No. 03-1104

UNITED STATES,

Appellant,

v.

JORGE CINTRÓN-FERNÁNDEZ, a/k/a JORGE CINTRÓN, JR.,

Defendant, Appellee.

---

ERRATA SHEET

The opinion of this Court issued on February 3, 2004 is amended as follows:

Page 5, line 14:  replace "Count Six" with "Count Two"